# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ruben Correa Ceja,<br><br>       Petitioner,<br><br>v.<br><br>Todd M Lyons, et al.,<br><br>       Respondents. | No. CV-26-02584-PHX-SPL (MTM)<br><br>**ORDER** |

Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) challenging his immigration detention.  (Doc. 1.)  The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 3.)  Respondents' response states

> Respondents do not oppose Petitioner's requested habeas relief of release from custody.

(Doc. 4.)  The Court will grant the Petition to the extent the Court will grant Petitioner's request for release and will deny any remaining claims as moot.

**IT IS THEREFORE ORDERED:**

1. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release and is otherwise denied as moot.

2. Respondents must immediately release Petitioner from custody under the same conditions that existed before Petitioner's detention.

3. Respondents must provide a notice of compliance within three days of releasing Petitioner.

4. Any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 23rd day of April, 2026.

Honorable Steven P. Logan
United States District Judge